**HARBIN MILL AND LUMBER COMPANY, Inc., Appellant,**

v.

**UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, LOCAL NO. 2901, AFL–CIO, Appellee.**

**No. 13968.**

United States Court of Appeals
Sixth Circuit.

Feb. 12, 1960.

Robert L. Taylor of Taylor & Taylor, Philip L. Peeler, Memphis, Tenn., for appellant.

Anthony J. Sabella, Memphis, Tenn., for appellee.

Before McALLISTER, Chief Judge, POPE, Circuit Judge *, and THORNTON, District Judge.

---

PER CURIAM.

The above cause coming on to be heard on the record, the briefs of the parties and the arguments of counsel in open court, and the Court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed on the findings of fact and conclusions of law of Judge Boyd.